UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KATHERINE FINGER, <br><br>        Plaintiff, <br><br>v. <br><br>NUVASIVE, INC., J. CHRISTOPHER BARRY, AMY BELT RAIMUNDO, DANIEL J. WOLTERMAN, JOHN DEFORD, LESLIE V. NORWALK, ROBERT F. FRIEL, R. SCOTT HUENNEKENS, SIDDHARTHA KADIA, and VICKIE L. CAPPS, <br><br>        Defendants.. | Case No. 1:23-cv-00367-CFC <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: May 22, 2023          **LONG LAW, LLC**

        By:   */s/ Brian D. Long*
                Brian D. Long (#4347)
                3828 Kennett Pike, Suite 208
                Wilmington, DE 19807
                Telephone: (302) 729-9100
                Email: BDLong@longlawde.com

                *Attorneys for Plaintiff*